## AFFIRMATION OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Index Number: 1:24-CV-06383-RA

Date Filed: 8/26/2024

Plaintiff:
**Juan Igartua, on behalf of himself and all others similarly situated**

vs.

Defendant:
**Trends Dispensaries LLC**

**State of New York, County of Albany)ss.:**

Received by Meridian Investigations & Security to be served on **Trends Dispensaries LLC, C/O Northwest Registered Agents, 418 Broadway, Albany, NY 12207**.

I, Patricia Burke, do hereby affirm that on the **28th day of August, 2024 at 2:25 pm**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action, Class Action Complaint and Demand for Jury Trial, Exhibit A (Notice to New York State Attorney General) Exhibits B & C and Civil Cover Sheet** to: **Isaac Monroe** as **Filer** of **Northwest Registered Agents, Registered Agent**, at the address of: **C/O Northwest Registered Agents, 418 Broadway, Albany, NY 12207** on behalf of **Trends Dispensaries LLC**

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 190, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action.

I affirm on __9/6/24__, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Patricia Burke
Process Server

**Meridian Investigations & Security**
**48 Davis Avenue**
**Port Washington, NY 11050**

Our Job Serial Number: SRN-2024004683

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a