UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN IGARTUA, *on behalf of himself and all others similarly situated*,

                Plaintiff,

v.

TRENDS DISPENSARIES LLC,

                Defendant.

24-CV-6383 (RA)

<u>ORDER</u>

---

RONNIE ABRAMS, United States District Judge:

On August 26, 2024, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. To date, no letter has been filed.

The parties shall submit their joint letter no later than January 24, 2025. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     January 15, 2025
              New York, New York

                                                          Ronnie Abrams
                                                          United States District Judge