UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN IGARTUA, *on behalf of himself and all others similarly situated*,

                Plaintiff,

v.

TRENDS DISPENSARIES LLC,

                Defendant.

24-CV-6383 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On August 26, 2024, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. Although Defendant was served on August 28, 2024, the parties did not file the letter as ordered. The Court issued another order on January 15, 2025 directing the parties to file their letter by January 24, 2025. To date, no letter has been filed.

The parties shall submit their joint letter no later than March 24, 2025. Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 10, 2025
             New York, New York

                                                            Ronnie Abrams
                                                            United States District Judge