UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JUAN IGARTUA, on behalf of himself and all oth(

                     Plaintiff(s),

           - against -

TRENDS DISPENSARIES LLC,

                 Defendant(s),
-------------------------------------------------------------X

1:24 Civ. 06383 (RA)

**CLERK'S CERTIFICATE OF DEFAULT**

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on August 23, 2024 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) TRENDS DISPENSARIES LLC, by personally serving Isaac Monroe as filer of Northwest Registered Agents, 418 Broadway, and proof of service was therefore filed on January 14, 2025, Doc. #(s) 7.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York
       March 12, 2025

TAMMI M. HELLWIG
Clerk of Court

By: *K. Mango*
Deputy Clerk