UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN IGARTUA, on behalf of himself and all others similarly situated,

          Plaintiff,

v.

TRENDS DISPENSARIES LLC,

          Defendant.

No. 24-CV-6383 (RA)

<u>ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT</u>

---

RONNIE ABRAMS, United States District Judge:

    Plaintiff Juan Igartua, having moved the Court for Default Judgment against Defendant Trends Dispensaries LLC; and the Clerk of Court, having entered a Certificate of Default against Defendant on March 12, 2025:

    IT IS HEREBY ORDERED THAT the above-named Defendant show cause before Judge Ronnie Abrams in a telephonic hearing occurring on May 23, 2025 at 2:30 p.m. (Dial-in Number: (855) 244-8681; Meeting ID: 23055424735), why a default judgment should not be entered in favor of Plaintiff for the relief requested in the Complaint; and

    IT IS FURTHER ORDERED that Plaintiff shall, by April 9, 2025, serve this Order to Show Cause and supporting papers on Defendant.  Defendant shall file any responsive papers by April 23, 2025 and Plaintiff shall file any reply by April 30, 2025.

SO ORDERED.

Dated:    April 2, 2025
             New York, New York

                                                                             _____
                                                                             Hon. Ronnie Abrams
                                                                             United States District Judge